JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| United States of America,<br><br>Petitioner,<br><br>v.<br><br>Ronald J. Channels, President of Channels & Channels, Inc.<br><br>Respondent. | Case No. SACV 19-2225 JLS (DFMx)<br><br>Order Enforcing Summons |

Based on the pleadings and the record, the Petition to Enforce Internal Revenue Service Summons is GRANTED.

**IT IS ORDERED** that Respondent shall appear before Revenue Agent Joseph Creede (or other IRS employee designated for such purpose) and provide testimony and make available for inspection and copying the books, records, papers, and other data demanded in the IRS Summons that is the subject of this proceeding, at the following date, time, and address:

Date:      Wednesday, February 19, 2020

1

| | | |
|---|---|---|
| Time: | 10:00 a.m. | |
| Address: | 501 West Ocean Blvd., Suite 2100 | |
| | Long Beach, CA 90802 | |

Respondent is not required to provide copies of bank statements, cancelled checks, and year-end bank reconciliations, or copies of credit card statements, corresponding to numbers 3h and 3i of the Attachment to the IRS Summons.

Respondent's appearances shall continue from day-to-day thereafter at the same location for as long as is necessary to provide the testimony and to make available for inspection and copying the books, records, papers, and other data demanded in the IRS Summons.

Failure by Respondent to comply with the terms of this Order shall be grounds for finding Respondent in contempt of Court, and may result in sanctions, including fines and incarceration.

DATED: February 18, 2020

*/s/ Josephine L. Staton*
———————————————
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE